**Motion Granted and Abatement Order filed June 26, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00206-CV

_____

**JUAN CARLOS RUVALCABA, ELAM MEAT MARKET, L.L.C., AND SUPERMERCADO LATINO, L.L.C., Appellants**

**V.**

**RAFAEL ORTEGA, ET AL, Appellees**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-33606**

## ABATEMENT ORDER

Appellee filed an unopposed motion for an extension to file its brief on the ground that the parties have settled the case in principle. The motion is **GRANTED** and the court orders as follows:

The appeal is abated, treated as a closed case, and removed from this court's active docket until **August 26, 2018**. The appeal will be reinstated on this court's active docket after that time, or when a motion to dismiss the appeal or other

dispositive motion is filed, whichever is earlier. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM